# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN DE ANDA,<br><br>    Defendant.<br>_____/ | Case No. 1:15-cv-00028 DLB (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE WITHIN THIRTY DAYS<br>[ECF No. 7]<br><br>ORDER DENYING MOTION TO COMPEL<br>[ECF No. 6] |

Plaintiff Michael B. Williams, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 5, 2015. The Court ordered Plaintiff to file an application to proceed in forma pauperis or pay the $400.00 filing fee on January 12, 2015. On January 26, 2015, Plaintiff filed an application to proceed in forma pauperis. Also on January 26, 2015, Plaintiff filed a motion to compel.

According to Plaintiff's application, he currently has $10,593.30 in his trust account. Based on this balance, Plaintiff is ineligible to proceed in forma pauperis in this action. 28 U.S.C. § 1915(a)(1).

Also pending before the Court is Plaintiff's motion to compel. Plaintiff seeks an order directing the hospital patient's trust officer to provide a certified copy of his trust account statement. Plaintiff's motion will be denied. The Court has before it Plaintiff's declaration under perjury that his current account balance is $10,598.30. Insofar as Plaintiff is a civil detainee, the Court does not require more to make its determination. 28 U.S.C. § 1915(a)(1).

Accordingly, IT IS HEREBY ORDERED:

1) Plaintiff's motion for leave to proceed in forma pauperis is HEREBY DENIED, and Plaintiff has **thirty (30) days** from the date of service of this order within which to pay the $400.00 filing fee.  **If Plaintiff fails to pay the filing fee in compliance with this order, this action will be dismissed, without prejudice**; and

2) Plaintiff's motion to compel is DENIED.

IT IS SO ORDERED.

Dated:   **January 30, 2015**            /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE