# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MICHAEL B. WILLIAMS,

       Plaintiff,

    v.

SUSAN DE ANDA,

       Defendant.

_____/

Case No. 1:15-cv-00028 DLB (PC)

ORDER DENYING MOTIONS TO PROCEED IN FORMA PAUPERIS
[ECF Nos. 9, 10]

    Plaintiff Michael B. Williams, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 5, 2015.  The Court ordered Plaintiff to file an application to proceed in forma pauperis or pay the $400.00 filing fee on January 12, 2015.  On January 26, 2015, Plaintiff filed an application to proceed in forma pauperis.  On January 30, 2015, the Court denied the application to proceed in forma pauperis and required that Plaintiff pay the $400.00 filing fee within thirty days, or the action would be dismissed.

    On February 2 and 11, 2015, Plaintiff filed two more motions to proceed in forma pauperis.  Plaintiff is advised that his motion has already been denied.  Therefore, the additional filings are hereby DISMISSED.

IT IS SO ORDERED.

Dated:  __April 27, 2015__          _____/s/ Dennis L. Beck_____

                             UNITED STATES MAGISTRATE JUDGE