# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN DE ANDA, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:15-cv-00028 DLB PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>[ECF No. 19] |

      Plaintiff Michael B. Williams is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on January 5, 2015. He consented to the jurisdiction of a magistrate judge on January 16, 2015.

      On December 11, 2015, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). Filing a notice of dismissal with the court automatically terminates the action, and the Court no longer has jurisdiction over the claims. Id.; Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995).

///
///
///
///

1     Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to
2 Plaintiff's notice of voluntary dismissal filed on December 11, 2015.

3

4 IT IS SO ORDERED.

5     Dated: __**December 16, 2015**__            /s/ *Dennis L. Beck*
6                                                           UNITED STATES MAGISTRATE JUDGE